**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02144-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JEFF BARELA,

     Plaintiff,

BOULDER COUNTY,
LOUISVILLE POLICE DEPT.,
CITY OF LOUISVILLE, and
COZY CORNER TOWING,

     Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff, Jeff Barela, currently resides in Boulder, Colorado.  Plaintiff has submitted a Complaint. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1) __    is not submitted
(2) _X_   is not on proper form (must use the Court's current form)
(3) __    is missing original signature by Plaintiff
(4) __    is missing affidavit
(5) __    affidavit is incomplete
(6) __    affidavit is not notarized or is not properly notarized
(7) __    names in caption do not match names in caption of complaint, petition or application
(8) __    other:

**Complaint or Petition**:
(9) __    is not submitted
(10) _X_  is not on proper form (must use the Court's current form)

(11) ___ is missing an original signature by Plaintiff
(12) ___ is incomplete
(13) ___ uses et al. instead of listing all parties in caption
(14) ___ names in caption do not match names in text
(15) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) ___ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing an Application to Proceed in District Court Without Prepaying Fees or Costs and a Complaint, along with the applicable instructions, at www.cod.uscourts.gov.  Plaintiff must use Court-approved forms to cure deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED August 7, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge